MYRON KIRK WALKER, Respondent, v GRAY LINE NEW YORK, Appellant. [51 NYS3d 403]—

Order, Supreme Court, New York County (Leticia M. Ramirez, J.), entered December 9, 2016, which denied defendant's motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

Defendant failed to establish entitlement to judgment as a matter of law in this action where plaintiff alleges that he was struck by defendant's red double decker tour bus that had the words "Gray Line" on the side. Defendant's submissions did not demonstrate that the bus that struck plaintiff was not a Gray Line bus (*see Jiann Hwa Fang v Metropolitan Transp. Auth.*, 148 AD3d 791 [2d Dept 2017]). In fact, defendant's submissions included plaintiff's deposition testimony and photographs of its buses that correspond with the description provided by plaintiff at his deposition. Concur—Sweeny, J.P., Gische, Kahn and Gesmer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHARIF SINGLETARY, Appellant. [51 NYS3d 404]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, Bronx County (Alvin Yearwood, J., at plea; Raymond L. Bruce, J., at sentencing, replea and resentencing), rendered September 15, 2015, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Sweeny, J.P., Gische, Kahn and Gesmer, JJ.